IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, On Behalf of Himself and All Other Stockholders in BLUE RIDGE CORPORATION, Similarly Situated, and On Behalf of Said Corporation, Respondent, v. ARTHUR SACHS et al., Defendants; WALTER E. SACHS et al., Appellants, and BLUE RIDGE CORPORATION et al., Respondents.— Motions referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [See 283 App. Div. 1096.]

■

REO STORES, INC., et al., Appellants, v. KENT STORES, INC., et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1086.]

■

BILLY ROSE, Appellant, v. SHEILA ROSE et al., Respondents. BILLY ROSE, Appellant, v. SHEILA ROSE, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1086.]

■

MABEL TAYLOR et al., Respondents, and JOSEPH D. McGOLDRICK, as State Rent Administrator, Intervener-Respondent, v. KATE MABRY, Appellant.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DEAN, Appellant.— Appeal by defendant from an order of the County Court, Orange County, denying, after a hearing, his motion in the nature of a writ of error *coram nobis* to vacate and set aside a judgment of said court rendered on June 2, 1941, convicting him, on his plea of guilty, of the crime of burglary in the third degree. Order affirmed. In our opinion the proof, credited by the trial court, shows that appellant was advised of his right to counsel on arraignment and that there was no violation of his constitutional rights. (*People* v. *Zurak*, 283 App. Div. 747.) Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND GILL, Appellant.— Judgment of the County Court, Westchester County, convicting appellant of the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.